UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC LIGORRIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOOMIS ARMORED US, LLC, a Texas limited liability company; and DOES 1 through 50, inclusive,<br>Defendant. | Case No. 2:22-cv-05534-PA-RAO<br><br>**ORDER GRANTING DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE**<br><br>Action Filed: July 1, 2022 |

# [PROPOSED] ORDER

After reviewing the Joint Stipulation to Dismiss Plaintiff's Individual Claims with Prejudice and Class Claims Without Prejudice and good cause existing therefore, IT IS HEREBY ORDERED THAT:

1. Plaintiff's individual claims are hereby dismissed with prejudice;
2. The class claims are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: September 13, 2022

_____
Percy Anderson
United States District Judge

4863-2502-6610.1 / 028378-1289